FORM 4 (a)(1)

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
NOV 21 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

James and Melodie Dowd
  Plaintiffs,

vs.

Yellow Cab of Reno
  Defendants.

Case No. 3:13-CV-664-MMD-WGC

AGREEMENT FOR SHORT TRIAL AND REQUEST FOR APPROVAL

The parties agree that all litigation in the above captioned matter shall be governed by General Order No. 2013-01, Short Trial Rules of the United States District Court for the District of Nevada ("the Short Trial Rules"). This Agreement, when approved by the court, shall be binding on the parties and on the court, subject to termination pursuant to Rule 4(a) of the Short Trial Rules.

Dated: 11/18/14

_____
Counsel for Plaintiff

Dated: 11/20/14

Michelle Bumgarner
Counsel for Defendant

1

(March 13, 2014)

**GOOD CAUSE APPEARING, IT IS ORDERED** that the foregoing Agreement is approved.

**IT IS FURTHER ORDERED** that the presiding judge for this short trial shall be:

☐  The undersigned District Judge.

[x]  The Magistrate Judge to whom the parties have previously consented.

☐  Senior District Judge _____.

☐  Recalled Magistrate Judge _____.

Note: Assignment to any Magistrate Judge is conditioned on the parties executing the necessary "consent" under 28 U.S.C. §636 and Fed. R. Civ. P. 73. Assignment to a Senior District Judge or a recalled Magistrate Judge requires leave of the Chief Judge (Rule 3).

Dated: November 25, 2014

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

2

(March 13, 2014)