UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES DOUD and MELODIE DOUD, | ) | 3:13-cv-00664-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 7, 2015 |
| YELLOW CAB OF RENO, INC., | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Sanctions or Alternatively Motion to Compel Settlement. (Doc. # 80.) Since the document on its face reflected it was a "Sealed Document," the Clerk's office lodged it in that fashion. However, no motion to file under seal accompanied Defendant's motion. The court therefore directed Defendant to file a motion requesting leave to lodge Doc. # 80 under seal. (Doc. # 81.) The court's order stated:

> "Movant shall file a motion to seal no later than **5:00 p.m. on Friday, April 2, 2015.** In the meantime, Defendant's motion (Doc. # 80) will remain under seal."

Defendant has not filed a motion seeking leave to file its Motion for Sanctions/Motion to Compel (Doc. # 80) under seal. Therefore, Defendant's motion (Doc. # 80) is **DENIED WITHOUT PREJUDICE.** Due to the sensitive and confidential content of Defendant's motion, however, Doc. # 80 shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk