UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DOUD and MELODIE DOUD, | 3:13-cv-00664-WGC |
| Plaintiffs, | **ORDER** |
| v. | Re: ECF No. 138 |
| YELLOW CAB OF RENO, INC., | |
| Defendants. | |

Before the court is Defendant's Motion in Limine. (ECF No. 138.)[1] In this motion, Defendant seeks an order precluding Plaintiffs or their counsel from offering as evidence the findings of fact, conclusions of law and order from the Nevada Transportation Authority dated October 23, 2013.

This motion was filed on September 18, 2015. (ECF No. 138.) The order concerning trial entered in this matter clearly states that any motion in limine was to be filed on or before **September 14, 2015**. (ECF No. 126 at 2 ¶ 5.) Defendant's motion is four days late; therefore, the court will not consider it. Defendants' Motion in Limine (ECF No. 138) is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 18, 2015.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Refers to court's Electronic Case Filing number.