UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE DOUD and JAMES DOUD,<br><br>Plaintiffs,<br><br>v.<br><br>YELLOW CAB COMPANY OF RENO, INC.,<br><br>Defendant. | Case No. 3:13-cv-00664-WGC<br><br>**ORDER** |

The court is in receipt of the Stipulation for Dismissal filed by the parties. (ECF No. 193.) This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 31, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE